IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES E. WILSON                                                                 PETITIONER

v.                                        Civil No. 05-2116

LARRY NORRIS, Director,
Arkansas Department of Correction                                                 RESPONDENT

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Eastern District of Arkansas. Venue would be proper in the Eastern District, as defendant is located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Eastern District of Arkansas, Western Division, 400 U.S. Post Office & Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas 72201-3325.

IT IS SO ORDERED this __16__ day of August 2005.

HON. JIMM LARRY HENDREN
CHIEF, UNITED STATES DISTRICT JUDGE

---

1. "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*

AO 72A
(Rev. 8/82)