IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES E. WILSON                                                    PETITIONER

v.                                          Civil No. 05-2116

LARRY NORRIS, Director,
Arkansas Department of Correction                                    RESPONDENT

## O R D E R

The Court finds that the interests of justice would be best served by transferring this case to

the United States District Court for the Eastern District of Arkansas.  Venue would be proper in the

Eastern District, as defendant is located there and the events complained of allegedly occurred there.

See 28 U.S.C. § 1406(a).[1]

The Clerk of Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the

Eastern District of Arkansas, Western Division, 400 U.S. Post Office & Courthouse, 600 W. Capitol

Avenue, Little Rock, Arkansas 72201-3325.

IT IS SO ORDERED this _16_ day of August 2005.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 16 2005

CHRIS R. JOHNSON, CLERK

BY _____
        DEPUTY CLERK

_____
HON. JIMM LARRY HENDREN
CHIEF, UNITED STATES DISTRICT JUDGE

---

1. "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*